**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JAMES E. JEWELL,

       Plaintiff,

vs.                                    Case No. 3:09-cv-7-J-32TEM

BUG PRO FLORIDA, INC., a
Florida Corporation, FRANCES
E. HANSON and TAMMI L.
WATERS, as individuals,

       Defendants.

_____

<u>**ORDER**</u>

    This matter having come before the Court on the parties' Joint Stipulation For Dismissal With Prejudice (Doc. 8), it is hereby

    **ORDERED:**

    Inasmuch as this case is brought for alleged unpaid overtime compensation under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b), in which plaintiff seeks overtime compensation, liquidated damages and reasonable attorneys' fees and costs, (Doc. 2), the Court must make a finding that any settlement of the case represents "a fair and reasonable resolution of a bona fide dispute over the Act's provisions" after "scrutinizing the settlement for fairness." <u>Lynn's Food Stores, Inc. v. Dep't of Labor</u>, 679 F.2d 1350, 1353, 1355 (11th Cir. 1982). <u>See also</u>, <u>Silva v. Miller</u>, No. 08-12011, 2009 WL 73164 (11th Cir. Jan. 13, 2009). It is unclear whether the parties' Joint Stipulation For Dismissal With Prejudice (Doc. 8) is premised upon a settlement which must be reviewed and approved as "fair and reasonable" by the Court. The parties shall file no later than **May 14, 2009**, a joint motion for approval

of settlement, setting forth the terms of the settlement between them such that the Court may consider whether the settlement "is a fair and reasonable resolution" of the dispute. If the Joint Stipulation is not premised upon a settlement, the parties shall file by **May 14, 2009** a notice to the Court so indicating.

 **DONE AND ORDERED** at Jacksonville, Florida this 16th day of April, 2009.

TIMOTHY J. CORRIGAN
United States District Judge

jl.
Copies to:
Counsel of Record